**CARUSO GLYNN, LLC**
Attorney for Defendants
*Celtic Fare Restaurant, Inc.*
*d/b/a Puck Fair, Danny McDonald,*
*Fernando Dallorso and Frank Casano*
36 Peck Slip
New York, New York 10038
(718) 570-3338
Attorney: Lawrence C. Glynn (LG-6431)
CG File No.:   55.102810.01& 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NICOMEDES HERNANDEZ, and LUIS ALBERTO         Case No.: 10 Civ. 8703 (MEA)
GONZALES, on behalf of themselves and others
similarly situated,

               Plaintiffs,                          **NOTICE OF MOTION**

    -against-

CELTIC FARE RESTAURANT, INC. d/b/a PUCK FAIR,
DANNY McDONALD, FERNANDO DALLORSO
and FRANK CASANO,

               Defendants.

-----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Lawrence C. Glynn dated May 9, 2012, the undersigned will move this Court on the 5th day of June, 2012 or as soon thereafter as counsel may be heard before the Honorable Marvin E. Aspen, at the United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to L.R. 1.4 permitting the law firm of Caruso Glynn, LLC to withdraw as counsel for defendants Celtic Fare Restaurant, Inc. d/b/a Puck Fair, Danny McDonald, Fernando Dallorso and Frank Casano, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
May 9, 2012

                      Yours, etc.,

                      **CARUSO GLYNN, LLC**
                      Attorneys for Defendants
                      *Celtic Fare Restaurant, Inc.*
                      *d/b/a Puck Fair, Danny McDonald*
                      *Fernando Dallorso and Frank Casano*

            By: *Lawrence C. Glynn*
                      Lawrence C. Glynn (LG-6431)
                      36 Peck Slip
                      New York, New York 10038
                      (718) 570-3338
                      File No.:  55.102810.01 & 55.102810.02

To:    *Celtic Fare Restaurant, Inc.*
        *d/b/a Puck Fair, Danny McDonald*
        *Fernando Dallorso and Frank Casano*
        c/o Puck Fair
        298 Lafayette Street
        New York, New York 10012

        Justin Cilenti, Esq.
        CILENTI & COOPER, PLLC
        Attorneys for Plaintiffs
        *Nicomedes Hernandez*
        *& Louis Gonzalez*
        708 Third Avenue
        6th Floor
        New York, New York 10017